## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>       Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>       Defendant. | Case No. 2:22-cv-305-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Cisco Systems, Inc. and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendant. Brian Rosenthal is designed as lead attorney pursuant to Local Rule CV-11(a).

Brian Rosenthal
New York Bar No. 3961380
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-2339
Facsimile: (212) 817-9539
brosenthal@gibsondunn.com

DATED: October 17, 2022

/s/ Brian Rosenthal

Brian Rosenthal
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-2339
Facsimile: (212) 817-9539
brosenthal@gibsondunn.com

Counsel for Defendant Cisco Systems, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 17, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Brian Rosenthal*