IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | Case No. 2:22-cv-305-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Cisco Systems, Inc. and certifies that she is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendant.

Katherine Q. Dominguez
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-2490
Facsimile: (212) 351-6390
kdominguez@gibsondunn.com

DATED: October 17, 2022                    */s/ Katherine Q. Dominguez*
                                                                                                     Katherine Q. Dominguez
                                                                                                     New York Bar No. 4741237
                                                                                                     GIBSON, DUNN & CRUTCHER LLP
                                                                                                     200 Park Avenue
                                                                                                     New York, New York 10166
                                                                                                     Telephone: (212) 351-4000
                                                                                                     Facsimile: (212) 351-4035
                                                                                                     kdominguez@gibsondunn.com

                                                                                                     Counsel for Defendant Cisco Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 17, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Katherine Q. Dominguez