**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:22-cv-305-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Cisco Systems, Inc. and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendant.

Stuart M. Rosenberg
California Bar No. 239926
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5334
Facsimile: (650) 849-5089
srosenberg@gibsondunn.com

<table>
<tr><td>DATED: October 17, 2022</td><td>

*s/ Stuart M. Rosenberg*
Stuart M. Rosenberg
California Bar No. 239926
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5334
Facsimile: (650) 849-5089
srosenberg@gibsondunn.com

Counsel for Defendant Cisco Systems, Inc.

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 17, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Stuart M. Rosenberg*