**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC.,<br><br>          Defendant. | Case No. 2:22-cv-305-JRG-RSP |

**[PROPOSED] ORDER**

Before the Court is the Motion to Dismiss filed by Cisco Systems, Inc. (Dkt. No. 17). Having considered the Motion to Dismiss, the Court holds that the claims of the '630 Patent are not eligible under 35 U.S.C. § 101, and the Motion to Dismiss should be and is hereby **GRANTED**.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE