IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-305-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cisco Systems, Inc. ("Cisco") states that it has no parent corporation, and it is not aware of any publicly held corporation that currently owns 10% or more of Cisco's stock.

Dated: October 17, 2022				By	*/s/ Brian Rosenthal*

    Brian A. Rosenthal (lead attorney)
    brosenthal@gibsondunn.com
    Katherine Dominguez
    kdominguez@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    200 Park Avenue
    New York, NY  10166-0193
    Telephone:  212.351.4000
    Facsimile:  212.351.4035

    Stuart M. Rosenberg
    srosenberg@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    1881 Page Mill Road
    Palo Alto, CA  94304-1211
    Telephone:  650.849.5300
    Facsimile:  650.849.5333

    Albert Suarez IV
    asuarez@gibsondunn.com
    Texas State Bar No. 24113094
    **GIBSON, DUNN & CRUTCHER LLP**
    2001 Ross Avenue, Suite 2100
    Dallas, TX  75201-6912
    Telephone:  214.698.3360
    Facsimile:  214.571.2907


    Melissa R. Smith
    melissa@gillamsmithlaw.com
    Texas State Bar No. 24001351
    **GILLAM & SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: 903.934.8450
    Facsimile: 903.934.9257


    *Attorneys for Defendant Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2022, the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Brian Rosenthal*
