IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § § *Plaintiff*, § § v. § § CISCO SYSTEMS, INC., § § *Defendant*. § § § | Case No. 2:22-cv-00305-JRG-RSP |

## ORDER

Before the Court, plaintiff Lionra Technologies Ltd. moves unopposed to withdraw Marc Fenster, Reza Mirzaie, Andrew Weiss, Paul Kroeger, Neil Rubin, and the law firm of Russ August & Kabat LLP as counsel of record and to substitute Brett Cooper, Seth Hasenour, Jonathan Yim, Drew Hollander and the law firm of BC Law Group, P.C. as new counsel of record. **Dkt. No. 36**. Having considered the motion and its unopposed nature, it is **GRANTED**.

SIGNED this 17th day of October, 2022.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE