# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., | |
| Plaintiff, | Case No. 2:22-cv-00305-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSIONS OF TIME

Plaintiff Lionra Technologies Limited ("Lionra") files this unopposed motion for extension of time for Lionra to file its response to Defendant Cisco Systems, Inc.'s ("Cisco") Motion to Dismiss Under 35 U.S.C. § 101.  Dkt. No. 21.  Lionra's opposition is currently due on October 31, 2022.  However, in light of conflicting deadlines in other matters, Lionra requests an extension to file its response up to and including November 14, 2022.  Cisco does not oppose the requested relief.

In light of the forgoing, good cause supports the requested extension and the Court should grant Lionra's motion.

Dated:  October 21, 2022

Respectfully submitted,

By: /s/ Brett Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

*Attorneys for Plaintiff Lionra Technologies Limited*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

*Brett Cooper*
Brett Cooper

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on October 21, 2022.

*Brett Cooper*
Brett Cooper

2