UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., | |
| Plaintiff, | Case No. 2:22-cv-00305-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff Lionra Technologies Ltd.'s ("Lionra") Unopposed Motion for Extension of Time.  The Court, having considered same, is of the opinion that the motion should be GRANTED.  It is therefore ORDERED that Lionra shall have up to and including November 14, 2022 to file its response to Defendant Cisco Systems, Inc.'s Motion to Dismiss (Dkt. No. 21).