UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:22-cv-00305-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff Lionra Technologies Limited ("Lionra") hereby notifies the Court that this action is ready for a scheduling conference at the Court's convenience. On October 17, 2022, Defendant Cisco Systems, Inc. ("Cisco") responded to Lionra's Complaint by filing a Rule 12(b)(6) Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101. Dkt. No. 21.

The following motions are pending (with briefing not yet complete):

- Dkt. No. 21 – Cisco Systems, Inc's Rule 12(b)(6) Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101, filed on October 17, 2022.

- Dkt. No. 24 – Lionra Technologies Ltd.'s Unopposed Motion for Extension of Time to file its response to Defendant Cisco Systems Inc.'s Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101, filed on October 21, 2022.

The patents asserted in this case ("Patents-in-Suit")—U.S. Patent Nos. 7,302,708 (the "'708 Patent"), 7,685,436 (the "'436 Patent"), 7,916,630 (the "'630 Patent"), 7,921,323 (the "'323

Patent"), and 8,566,612 (the "'612 Patent")—are also asserted in the following cases pending in the United States District Court for the Eastern District of Texas:

| Case | Patents-in-Suit |
| --- | --- |
| *Lionra Technologies Limited v. Cisco Systems, Inc.*<br><br>Case No. 2:22-cv-00305-JRG-RSP | 7,302,708;<br>7,685,436;<br>7,916,630;<br>7,921,323;<br>8,566,612 |
| *Lionra Technologies Limited v. Fortinet Inc.*<br><br>Case No. 2:22-cv-00322-JRG-RSP | 7,302,708;<br>7,685,436;<br>7,921,323;<br>8,566,612 |
| *Lionra Technologies Limited v. Hewlett Packard Enterprise Company, et al.*<br><br>Case No. 2:22-cv-00319-JRG-RSP | 7,916,630;<br>7,921,323 |
| *Lionra Technologies Limited v. Palo Alto Networks, Inc.*<br><br>Case No. 2:22-cv-00334-JRG-RSP | 7,685,436;<br>8,566,612;<br>7,921,323 |

The defendants in those actions have not yet answered or otherwise responded to the complaint. As such, there are no currently scheduled *Markman* Hearings and/or trials in the aforementioned cases.

Dated:  October 21, 2022

Respectfully submitted,

By: */s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

*Attorneys for Plaintiff Lionra Technologies Limited*

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendant on October 21, 2022 via electronic service.

*/s/ Brett Cooper*
Brett E. Cooper