IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>    *Plaintiff*,<br>v.<br><br>FORTINET, INC.,<br><br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:22-cv-00322-JRG-RSP<br>(LEAD) |

# ORDER

Before the Court, plaintiff Lionra Technologies Limited moves unopposed for an extension of time to file a response brief in opposition to defendant Cisco Systems, Inc.'s motion to dismiss under 35 U.S.C. § 101. Case No. 2:22-cv-00305 Dkt. No. 24 (filed before consolidation). Having considered the motion and its unopposed nature, it is **GRANTED**. Lionra Technologies Limited may file its response by November 14, 2022.

**SIGNED this 24th day of October, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1