IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,　　*Plaintiff*,　v.　FORTINET, INC.,　　*Defendant*. | § § § § § § § § § § § § § §　CASE NO.  2:22-CV-00322-JRG-RSP　(LEAD CASE) |

### ORDER

Before the Court is the Joint Motion to Dismiss filed by Lionra Technologies Limited and Cisco Systems, Inc. (Dkt. No. 565.) In the Motion, the parties represent that the claims against Cisco Systems in the above-captioned case have been resolved and request dismissal of the 2:22-cv-305 member case with prejudice. (*Id*. at 2.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Cisco Systems in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Lionra and Cisco not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the 2:22-cv-305 Member Case as no parties or claims remain, but maintain as **OPEN** the Lead Case.

**So Ordered this**

**Jul 4, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE