AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:22-cv-305 | DATE FILED<br>8/8/2022 | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>LIONRA TECHNOLOGIES LIMITED | | DEFENDANT<br>CISCO SYSTEMS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,916,630 | 3/29/2011 | Lionra Technologies Limited |
| 2 | 8,566,612 | 10/22/2013 | Lionra Technologies Limited |
| 3 | 7,921,323 | 4/5/2011 | Lionra Technologies Limited |
| 4 | 7,302,708 | 11/27/2007 | Lionra Technologies Limited |
| 5 | 7,685,436 | 3/23/2010 | Lionra Technologies Limited |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Accordingly, all claims and causes of action asserted between Plaintiff and Cisco Systems in the above-captioned case are DISMISSED WITH PREJUDICE |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>ch | DATE<br>7/8/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

[Print]   [Save As...]   [Reset]